1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant BERGSTRAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 07-70709 HRL (PVT) |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO CONTINUE DETENTION HEARING;[PROPOSED] ORDER** |
| v. | ) | |
| TARA BERGSTRAND, | ) | |
| Defendant. | ) | |

### STIPULATION

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Wednesday, December 5, 2007, at 2:00 p.m., be continued to Thursday, December 6, 2007, at 9:30 a.m.  The continuance is being requested because defense counsel is continuing investigation relevant to the bail hearing.


Dated:  12/5/06                            _____/s/_____
                                           LARA S. VINNARD
                                           Assistant Federal Public Defender

Dated:  12/5/06                            _____/s/_____
                                           JEFF SCHENK
                                           Assistant United States Attorney

STIPULATION TO CONTINUE HEARING;
[PROPOSED] ORDER
No. CR 07-70709 HRL (PVT)                  1

1

2 **ORDER**

3    The parties have jointly requested a continuance of the detention hearing set for

4 December 5, 2007, due to continuing defense investigation.

5    IT IS HEREBY ORDERED that the hearing date presently set for December 5, 2007, be

6 continued to December 6, 2007, at 9:30 a.m.

7

  Dated:                                                    _____
8                                                           PATRICIA V. TRUMBULL
                                                            United States Magistrate Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER CONTINUING HEARING AND
EXCLUDING TIME
No. CR 07-70709 HRL (PVT)                    2