BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant BERGSTRAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-70709 HRL |
| Plaintiff, | **STIPULATION REGARDING DEFENDANT'S RELEASE CONDITIONS; [PROPOSED] ORDER** |
| v. | |
| TARA BERGSTRAND, et al., | |
| Defendants. | Honorable Patricia V. Trumbull |

### STIPULATION

Defendant Tara Bergstrand and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, Ms. Bergstrand is permitted to return to her former residence at 811 Smith Road, Watsonville, California, in order to pack and remove her belongings. At all times that Ms. Bergstrand is in the residence, her father, Donald Bergstrand, shall be present. The parties further stipulate that Ms. Bergstrand shall depart from the Northern District of California, traveling to her final destination in Idaho, no later than Wednesday, December 12, 2007.

Dated: 12/7/07                                 _____/s/_____
                                                          LARA S. VINNARD
                                                          Assistant Federal Public Defender

Dated: 12/7/07                                 _____/s/_____
                                                          JEFFREY SCHENK
                                                          Assistant United States Attorney

**ORDER**

Defendant Tara Bergstrand and the government have stipulated that Ms. Bergstrand is permitted to return to her former residence at 811 Smith Road, Watsonville, California, in order to pack and remove her belongings. The parties further stipulate that, at all times that Ms. Bergstrand is in the residence, her father, Donald Bergstrand, shall be present. The parties further stipulate that Ms. Bergstrand shall depart from the Northern District of California, traveling to her final destination in Idaho, no later than Wednesday, December 12, 2007.

Pursuant to the parties' stipulation, and good cause appearing, it is HEREBY ORDERED:

(1) Defendant Tara Bergstrand is permitted to return to her former residence at 811 Smith Road, Watsonville, California, in order to pack and remove her belongings.

(2) At all times that Ms. Bergstrand is in the residence, her father, Donald Bergstrand, shall be present.

(3) Ms. Bergstrand shall depart from the Northern District of California, to Idaho, no later than Wednesday, December 12, 2007.

IT IS SO ORDERED.

Dated: _____

PATRICIA V. TRUMBULL
United States Magistrate Judge