SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

JEFFREY B. SCHENK (CASBN 234355)
Assistant United States Attorney

   150 Almaden Boulevard
   San Jose, California 95113
   Telephone: (408) 535-2695
   Facsimile:  (408) 535-5066
   Email: jeffrey.b.schenk@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                                                                  )<br>      Plaintiff,                                          )<br>                                                                  )<br>  v.                                                            )<br>                                                                  )<br>DAVID LOUIS BEHAR,                               )<br>LINDSAY ROBIN HOGUE,                        )<br>TARA BERGSTRAND, and                        )<br>JOHN ROGER LAGACE                            )<br>                                                                  )<br>      Defendants.                                    )<br>                                                                  )<br>_____) | No.    CR 07-70709 HRL<br><br><br><br><br>STIPULATION AND [PROPOSED]<br>ORDER TO CONTINUE HEARING |

     Defendants and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing dates in the above-captioned matter, presently scheduled for Tuesday, January 8, 2008, at 9:30 a.m. (for Defendants HOGUE, BERGSTRAND, AND LAGACE) and Thursday, January 10, 2008, at 11:00 a.m. (for Defendant BEHAR), be continued to Thursday, January 24, 2008, at 9:30 a.m.  The continuance has been requested in order to allow each defense counsel an opportunity to review discovery and discuss the matter with their client.  Furthermore, the government anticipates providing additional discovery and

1  possibly settlement offers.

2  The parties further agree and stipulate that time should be excluded from their respective currently scheduled preliminary hearing date: January 8, 2008 (for Defendants HOGUE, BERGSTRAND, AND LAGACE) and January 10, 2008 (for Defendant BEHAR) through and including January 24, 2008, for ongoing defense preparation, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv). Accordingly, the United States and the defendant agree that granting the requested exclusion of time will serve the interest of justice and outweigh the interest of the public and defendant in a speedy trial.

DATED: December 19, 2008                         SCOTT N. SCHOOLS
                                                 United States Attorney


                                                 ____/s/_____
                                                 JEFFREY B. SCHENK
                                                 Assistant United States Attorney




                                                 ____/s/_____
                                                 PETER LEEMING
                                                 Attorney for Mr. Behar




                                                 ____/s/_____
                                                 GEOFFREY BRAUN
                                                 Attorney for Ms. Hogue




                                                 ____/s/_____
                                                 LARA VINNARD
                                                 Attorney for Ms. Bergstrand

//

//

//

_____/s/_____
JERRY FONG
Attorney for Mr. Lagace

## **ORDER**

The parties have jointly requested a continuance of the hearing set for January 8, 2008 (for Defendants HOGUE, BERGSTRAND, AND LAGACE) and January 10, 2008 (for Defendant BEHAR).

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for January 8, 2008 (for Defendants HOGUE, BERGSTRAND, AND LAGACE) and January 10, 2008 (for Defendant BEHAR) be continued to January 24, 2008 at 9:30 a.m. as well as the period of delay from January 8, 2008 (for Defendants HOGUE, BERGSTRAND, AND LAGACE) and January 10, 2008 (for Defendant BEHAR), to and including January 24, 2008, be excluded for purposes of Speedy Trial Act computations pursuant to 18 U.S.C. §3161.

IT IS SO ORDERED.

DATED:                                             _____
                                                    HOWARD R. LLOYD
                                                    UNITED STATES MAGISTRATE JUDGE