BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant BERGSTRAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-70709 HRL (PVT) |
| | ) | |
| Plaintiff, | ) | **MOTION TO MODIFY CONDITIONS** |
| | ) | **OF RELEASE FOR TRAVEL;** |
| v. | ) | **DECLARATION OF COUNSEL;** |
| | ) | |
| TARA BERGSTRAND, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    Ms. Bergstrand is charged by criminal complaint with violating Title 21, United States Code, §§ 841(a)(1), 841(b)(1)(B)(v), and 846, conspiracy to possess with intent to distribute Lysergic Acid Diethylamide (also known as LSD).  She has been released on a $50,000 signature bond secured by her father, Donald Bergstrand and mother, Tama Bergstrand. Among the conditions of Ms. Bergstrand's release is the restriction that she shall not travel outside the District of Idaho, and shall be supervised by her custodian, Tama Bergstrand.

    By separate stipulation and proposed order, the parties have stipulated that Ms. Bergstrand may travel to this district, as set forth herein, without being accompanied by her cutsodian.   In this application, Ms. Bergstrand asks the conditions of her pretrial release, previously set by the court on December 6, 2007, be modified to permit her to travel to the

MOTION TO MODIFY CONDITIONS OF
RELEASE FOR TRAVEL; DECLARATION OF
COUNSEL;
No. CR 07-70709 HRL (PVT)                              1

1  Northern District of California on January 13, 2008, to January 16, 2008, for a meeting with her
2  attorney, Assistant Federal Public Defender, Lara S. Vinnard, and for a joint defense meeting
3  with Jerry Y. Fong and his client, John Lagace.
4      Undersigned counsel has spoken with Assistant United States Attorney, Jeff Schenk, and
5  he stated that he has no objections.
6      Lastly, undersigned counsel has discussed this request with Steve Cedros (208) 765-6470,
7  with the Pretrial and Probation Office in Cour D'Alene, Idaho, who stated that his office has no
8  objections to the proposed travel in light of the stated purpose to meet with counsel.
9      I, Lara S. Vinnard, am an Assistant Federal Public Defender assigned to handle this
10 matter for my office.  By signing and filing this motion, I hereby declare under penalty of perjury
11 that the facts asserted in support of the request are true and correct.
12 Dated: January 9, 2008

13     Respectfully submitted,

14     BARRY J. PORTMAN
    Federal Public Defender

16     /s/

17     LARA S. VINNARD
    Assistant Federal Public Defender