BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant BERGSTRAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. TARA BERGSTRAND, et al., Defendants. | No. CR 07-70709 HRL (PVT) STIPULATION RE: DEFENDANT BERGSTRAND TO MODIFY CONDITIONS OF RELEASE; [PROPOSED] ORDER |

**STIPULATION**

Defendant Tara Bergstrand and the government, through their respective counsel, Assistant Federal Public Defender, Lara S. Vinnard and Assistant United States Attorney Jeff Schenk, hereby agree and stipulate that, subject to the court's approval, the conditions of release previously set by the court on December 6, 2007, may be modified in two ways.  First, the parties stipulate that defendant Tara Bergstrand may have written contact with John Roger Lagace via the United States Postal Service.

Second, the parties agree that the conditions of release may be modified to permit defendant Tara Bergstrand to travel without her assigned custodian to the Northern District of California in approximately one week, for purposes of a meeting with defense counsel.  The defense is separately submitting an application for a travel order with this stipulation.  The

STIPULATION TO MODIFY CONDITIONS OF
RELEASE; [PROPOSED] ORDER
No. CR 07-70709 HRL (PVT)                1

1  proposed travel will be between January 13, 2008 and January 16, 2008.

2      Attorney for co-defendant John Roger Lagace, Jerry Y. Fong, has been contacted

3  regarding the proposed modifications and states that he has no objection.

5  Dated: 1/9/08

                                                 /s/
                                            LARA S. VINNARD
                                            Assistant Federal Public Defender

7  Dated: 1/9/08

                                               /s/
                                            JEFFREY SCHENK
                                            Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING, IT IS ORDERED that the conditions of release set on December 6, 2007 are hereby modified as follows:

(1)     Defendant Tara Bergstrand may have written contact with John Roger Lagace via the United States Postal Service.

(2)     Defendant Tara Bergstrand may travel without her custodian to the Northern District of California for purposes of a meeting with defense counsel. The defense shall seek permission for the travel by separate application and order.

IT IS FURTHER ORDERED that all other conditions of release shall remain in full force and effect.

Dated: 1/9/08

                                             PATRICIA V. TRUMBULL
                                             United States Magistrate Judge