BARRY J. PORTMAN
Federal Public Defender
MANUEL U. ARAUJO
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant TARA BERGSTRAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-70709 HRL |
| | ) | |
| Plaintiff, | ) | **NOTICE OF SUBSTITUTION OF** |
| | ) | **COUNSEL** |
| vs. | ) | |
| | ) | |
| TARA BERGSTRAND, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Federal Public Defender, Barry J. Portman, was previously appointed as counsel for

Tara Bergstrand.  Pursuant to General Order 45 of the Local Rules, Assistant Federal Public

Defender Manuel U. Araujo enters his Notice of Substitution of Attorney for Ms. Bergstrand.

Mr. Araujo will be replacing Assistant Federal Public Defender Lara Vinnard as counsel of

record.  Counsel's contact information is listed above.

Dated: January 11, 2008

Respectfully submitted,

BARRY J. PORTMAN
Federal Public Defender
/S/

MANUEL U. ARAUJO
Assistant Federal Public Defender