*E-filed 1/18/08*

1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant BERGSTRAND

6

          IN THE UNITED STATES DISTRICT COURT
7
          FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
                   SAN JOSE DIVISION
9

10 UNITED STATES OF AMERICA,        )   No. CR 07-70709 HRL (PVT)
                                    )
11          Plaintiff,              )   **STIPULATION TO CONTINUE**
                                    )   **HEARING; ORDER**
11 v.                               )
                                    )
12 DAVID LOUIS BEHAR, LINDSAY ROBIN )
13 HOGUE, TARA BERGSTRAND, and JOHN )
   ROGER LAGACE                     )
14                                  )
            Defendants.             )
15 _____  )

16                   **STIPULATION**

17        Defendants and the government, through their respective counsel, hereby stipulate that,

18 subject to the court's approval, the hearing date in the above-captioned matter, presently

19 scheduled for Thursday, January 24, 2008, at 9:30 a.m., be continued to Thursday, February 7,

20 2008, at 9:30 a.m.  The continuance has been requested in order to allow each defense counsel an

21 opportunity to review new discovery and discuss the matter with their client.  Furthermore, the

22 government may provide settlement offers after considering issues and arguments raised by the

23 defendants.

24        The parties further agree and stipulate that time should be excluded from their respective

25 currently scheduled preliminary hearing date: January 24, 2008 through and including February

26 7, 2008, for ongoing defense preparation, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(a)

STIPULATION TO CONTINUE HEARING;
[PROPOSED] ORDER
No. CR 07-70709 HRL (PVT)                    1

1  and (B)(iv).  Accordingly, the United States and the defendant agree that granting the requested

2  exclusion of time will serve the interest of justice and outweigh the interest of the public and

3  defendant in a speedy trial.

4  DATED: January 17, 2008

5                                              _____/s/_____
                                               LARA S. VINNARD
6                                              Assistant Federal Public Defender

7
                                               _____/s/_____
8                                              PETER LEEMING
                                               Attorney for Mr. Behar
9
                                               _____/s/_____
10                                             GEOFFREY BRAUN
                                               Attorney for Ms. Hogue
11

12                                             _____/s/_____
13                                             JERRY Y. FONG
                                               Attorney for Mr. Lagace
14

15                                             _____/s/_____
                                               JEFF SCHENK
16                                             Assistant United States Attorney

17
                                   **ORDER**
18
          The parties have jointly requested a continuance of the hearing set for January 24, 2008.
19
          GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date
20
presently set for January 24, 2008, be continued to February 7, 2008, at 9:30 a.m. as well as the
21
period of delay from January 24, 2008, to and including February 7, 2008, be excluded for
22
purposes of Speedy Trial Act computations pursuant to 18 U.S.C. §3161.
23
IT IS SO ORDERED.
24

25  Dated:   1/18/08                            _____
                                               HOWARD R. LLOYD
26                                             United States Magistrate Judge

ORDER CONTINUING HEARING AND
EXCLUDING TIME
No. CR 07-70709 HRL (PVT)              2