1  JERRY Y. FONG, ESQ. (SBN 99673)
   CAREY & CAREY
2  706 COWPER STREET
   P.O. BOX 1040
3  PALO ALTO, CA  94302-1040
   650/328-5510
4  650/853-3632 fax

5  Attorneys for Defendant JOHN ROGER LAGACE

6

7
                    UNITED STATES DISTRICT COURT
8
                  FOR THE DISTRICT OF CALIFORNIA
9
                          SAN JOSE DIVISION
10

11 | UNITED STATES OF AMERICA,        )  CASE NO.  CR 07-70709 HRL
12 |         Plaintiff,               )  [PROPOSED] ORDER AUTHORIZING
                                      )  DEFENDANTS JOHN ROGER
13 | vs.                              )  LAGACE AND TARA BERGSTRAND
                                      )  AND THEIR ATTORNEYS TO MEET
14 | DAVID LOUIS BEHAR, LINDSAY       )  FOR A JOINT DEFENSE
   | ROBIN HOGUE, TARA                )  CONFERENCE AT THE FEDERAL
15 | BERGSTRAND, and JOHN ROGER       )  COURT HOUSE.
   | LAGACE,                          )
16 |                                  )
   |         Defendants.              )
17 |_____)

18
        Pursuant to the joint requests of Defendants John Roger Lagace and Tara Bergstrand
19
   and their attorneys and good cause appearing herein, it is hereby ordered that Mr. Lagace,
20
   who is in pretrial custody, Ms. Bergstrand, who is on pretrial release, shall be permitted to
21
   meet together with their attorneys in a joint defense meeting, which shall take place on
22
   Wednesday, February 6, 2008 at 12:00 p.m. (noon) in the Court Room of Magistrate-Judge
23
   Patricia V. Trumbull. Furthermore, the United States Marshal shall provide and facilitate the
24
   transportation of Mr. Lagace for the meeting.  It is so ordered.
25

26
   DATED: 2/5/08                           _____
27                                         MAGISTRATE-JUDGE OF THE UNITED
                                           STATES DISTRICT COURT
28

                                              1
               ORDER AUTHORIZING JOINT DEFENSE MEETING WITH DEFENDANTS