1  BARRY J. PORTMAN
   Federal Public Defender
2  MANUEL U. ARAUJO
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant BERGSTRAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-70709 - PVT |
| | ) | |
| Plaintiff, | ) | **STIPULATION RE: DEFENDANT** |
| | ) | **BERGSTRAND TO MODIFY** |
| v. | ) | **CONDITIONS OF RELEASE;** |
| | ) | **[PROPOSED] ORDER** |
| TARA BERGSTRAND, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

### STIPULATION

Defendant Tara Bergstrand and the government, through their respective counsel, Assistant Federal Public Defender, Manuel U. Araujo and Assistant United States Attorney Jeff Schenk, hereby agree and stipulate that, subject to the court's approval, the conditions of release previously set by the court on December 6, 2007, may be modified as follows that the defendant Tara Bergstrand may have telephone contact with John Roger Lagace via the telephone service provided to inmates at the Santa Clara County Jail and subject to the jail's rules and regulations.

Attorney for co-defendant John Roger Lagace, Jerry Y. Fong, has been contacted regarding the proposed modifications and states that he has no objection.

STIPULATION TO MODIFY CONDITIONS OF
RELEASE; [PROPOSED] ORDER
No. CR 07-70709 PVT                 1

1

Dated: February 7, 2008                                    _____/s/_____
2                                                                              MANUEL U. ARAUJO
                                                                                    Assistant Federal Public Defender
3

4

Dated: February 7, 2008                                    _____/s/_____
5                                                                              JEFFREY SCHENK
                                                                                    Assistant United States Attorney
6

7

8                                                  **ORDER**

9        GOOD CAUSE APPEARING, IT IS ORDERED that the conditions of release set on

10   December 6, 2007 are hereby modified as follows:

11        (1)    The defendant Tara Bergstrand may have telephonic contact with John

12               Roger Lagace via the telephone service provided to inmates at the Santa

13               Clara County Jail and subject to the jail's rules and regulations.

14        (2)    IT IS FURTHER ORDERED that all other conditions of release shall remain in

15               full force and effect.

16

17
Dated:                                                              _____
18                                                                            PATRICIA V. TRUMBULL
                                                                                    United States Magistrate Judge
19

20

21

22

23

24

25

26

STIPULATION TO MODIFY CONDITIONS OF
RELEASE; [PROPOSED] ORDER
No. CR 07-70709 HRL (PVT)                            2