JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

FILED

E-FILING

2008 FEB 20 P 2: 52

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA. S J

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,           )   CR No. CR 08 00088 JW RS
                                    )
        Plaintiff,                  )   VIOLATIONS: 21 U.S.C. §§ 846 –
                                    )   Conspiracy to Distribute lysergic acid
    v.                              )   diethylamide (LSD);18 U.S.C. § 4 -
                                    )   Misprision of a Felony
DAVID LOUIS BEHAR,                  )
LINDSAY ROBIN HOGUE,                )
TARA BERGSTRAND, and                )   SAN JOSE VENUE
JOHN ROGER LAGACE,                  )
    a/k/a Brandon Draper,           )
                                    )
        Defendants.                 )
_____)

### INFORMATION

The United States Attorney charges:

COUNT ONE: (21 U.S.C. § 846 – Conspiracy to Distribute LSD)

   Beginning at a time unknown to the United States, but no later than November 28, 2007, and continuing through and including November 29, 2007, in the Northern District of California and elsewhere, the defendant,

. DAVID LOUIS BEHAR,

did knowingly and intentionally conspire with other persons, known and unknown, to distribute 5 grams and more of a controlled substance, to wit, lysergic acid diethylamide, commonly known as LSD, in violation of Title 21, United States Code, Section 846.

INFORMATION

1  COUNT TWO: (21 U.S.C. § 846 – Conspiracy to Distribute LSD)

2        Beginning at a time unknown to the United States, but no later than November 28, 2007,

3  and continuing through and including November 29, 2007, in the Northern District of California

4  and elsewhere, the defendant,

5                      JOHN ROGER LAGACE,
                      a/k/a Brandon Draper,

6

7  did knowingly and intentionally conspire with other persons, known and unknown, to distribute

8  27 grams and more of a controlled substance, to wit, lysergic acid diethylamide, commonly

9  known as LSD, in violation of Title 21, United States Code, Section 846.

10

11 COUNT THREE: (18 U.S.C. § 4 – Misprision of a Felony)

12       On or about November 2007, in the Northern District of California, and elsewhere, the

13 defendants,

14                     LINDSAY ROBIN HOGUE, and
                    TARA BERGSTRAND,

15

16 having knowledge of the actual commission of a felony cognizable by a court of the United

17 States, to wit: conspiracy to distribute LSD, did knowingly conceal and fail as soon as possible to

18 make known the commission of said felony to a judge and any other person in civil authority

19 under the United States, all in violation of Title 18, United States Code, Section 4.

20 DATED: 2/20/08

21                                       JOSEPH P. RUSSONIELLO
                                      United States Attorney

22

23

24                                       DAVID R. CALLAWAY
                                      Deputy Chief, San Jose Office

25

26 (Approved as to form: _____ )
                      AUSA SCHENK

27

28

INFORMATION

2


# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location:** NORTHERN DISTRICT OF CALIFORNIA

## OFFENSE CHARGED

21 U.S.C. Section 846 - CONSPIRACY TO DISTRIBUTE 5 GRAMS AND MORE OF LSD

E-FILING

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**DEFENDANT - U.S.**
► DAVID LOUIS BEHAR

FILED 2008 FEB 20 P 2:50
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

**DISTRICT COURT NUMBER:** CR 08 00088 JW RS

**PENALTY:**
minimum mandatory term of 5 years imprisonment
maximum term of 40 years imprisonment
$2,000,000 fine; $100 special assessment
at least 4 years of Supervised Release

## PROCEEDING

**Name of Complainant Agency, or Person (&Title, if any):** DRUG ENFORCEMENT ADMINISTRATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

**SHOW DOCKET NO.**

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ► **MAGISTRATE CASE NO.** 07-70709 HRL

**Name and Office of Person Furnishing Information on THIS FORM:** JOSEPH P. RUSSONIELLO
☑ U.S. Att'y  ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned):** JEFFREY B. SCHENK

## DEFENDANT

**IS *NOT* IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons ► was served on above charges _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

**DATE OF ARREST** ► Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ► Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT  **Bail Amount:** _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
**Defendant Address:**

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

**Comments:**

1

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED 2008 FEB 20 P 2:... 
RICHARD W. WIEKING
U.S. DISTRICT COURT
N.D. OF CA. S.J.

### OFFENSE CHARGED

18 U.S.C. Section 4 -
MISPRISION OF A FELONY

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

E-FILING

PENALTY:
maximum term of 3 years imprisonment
$250,000 fine
$100 special assessment
3 years Supervised Release

### DEFENDANT - U.S.

▶ LINDSAY ROBIN HOGUE

DISTRICT COURT NUMBER

CR 08 00088 JW

RS

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☑ Is on Bail or Release from (show District)
NORTHERN DISTRICT OF CALIFORNIA

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State
If answer to (6) is "Yes", show name of institution

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
DRUG ENFORCEMENT ADMINISTRATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.
07-70709 HRL

Name and Office of Person Furnishing Information on THIS FORM

**JOSEPH P. RUSSONIELLO**

☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)
JEFFREY B. SCHENK

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed
Month/Day/Year

DATE OF ARREST ▶
Or... if Arresting Agency & Warrant were not
Month/Day/Year
DATE TRANSFERRED ▶
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT  Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

FILED
2008 FEB 20 P 2:50
E-FILING
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

### OFFENSE CHARGED

18 U.S.C. Section 4 -
MISPRISION OF A FELONY

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
maximum term of 3 years imprisonment
$250,000 fine
$100 special assessment
3 years Supervised Release

### DEFENDANT - U.S.

► TARA BERGSTRAND

DISTRICT COURT NUMBER

**CR 08 00088**

JW
RS

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
DRUG ENFORCEMENT ADMINISTRATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.
07-70709 HRL

Name and Office of Person Furnishing Information on THIS FORM
**JOSEPH P. RUSSONIELLO**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  JEFFREY B. SCHENK

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ►

2) ☐ Is a Fugitive

3) ☑ Is on Bail or Release from (show District)
NORTHERN DISTRICT OF CALIFORNIA

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges     ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

DATE OF ARREST ►   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ►   Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT  Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____

Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location: NORTHERN DISTRICT OF CALIFORNIA

FILED 08 FEB 20
RICHARD [W. WIEKING]
CLERK U.S. DISTRICT [COURT]
N[ORTHERN DIST. CA S.J.]

E-FILING

### OFFENSE CHARGED
21 U.S.C. Section 846 -
CONSPIRACY TO DISTRIBUTE
27 GRAMS AND MORE OF LSD

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
minimum mandatory term of 10 years imprisonment
maximum term of life imprisonment
$4,000,000 fine; $100 special assessment
at least 5 years of Supervised Release

### DEFENDANT - U.S.
▶ JOHN ROGER LAGACE, a/k/a Brandon Draper

DISTRICT COURT NUMBER
CR 08 00088 JW RS

### PROCEEDING
Name of Complaintant Agency, or Person (&Title, if any)
DRUG ENFORCEMENT ADMINISTRATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO. 07-70709 HRL

Name and Office of Person Furnishing Information on THIS FORM: **JOSEPH P. RUSSONIELLO**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): JEFFREY B. SCHENK

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ ____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District) ____

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State
If answer to (6) is "Yes", show name of institution ____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed ____

DATE OF ARREST ▶ Month/Day/Year ____
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year ____

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT  Bail Amount: ____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address: ____

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: ____
Before Judge: ____

Comments: ____