AO 455 (Rev. 5/85)   Waiver of Indictment

# United States District Court

NORTHERN _____ DISTRICT OF _____ CALIFORNIA

UNITED STATES OF AMERICA

V.

TARA BERGSTRAND

**WAIVER OF INDICTMENT**

CASE NUMBER: CR 08-00088 JW
~~CR-07-70709-HRL~~

I, ___TARA BERGSTRAND___, the above named defendant, who is accused of

A VIOLATION OF TITLE 21 U.S.C. SECTION 841(a)(1); 841(b)(1)(B)(v); 846 CONSPIRE TO POSSESS WITH INTENT TO DISTRIBUTE LSD

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___2/21/2008___ prosecution by indictment and consent that the
Date

proceeding may be by information rather than by indictment.

FILED

FEB 21 2008

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer