JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

JEFFREY B. SCHENK (CASBN 234355)
Assistant United States Attorney

   150 Almaden Boulevard
   San Jose, California 95113
   Telephone: (408) 535-2695
   Facsimile:  (408) 535-5066
   Email: jeffrey.b.schenk@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>DAVID LOUIS BEHAR,<br>LINDSAY ROBIN HOGUE,<br>TARA BERGSTRAND, and<br>JOHN ROGER LAGACE,<br>   a/k/a Brandon Draper,<br>    Defendants. | No.   CR 08-00088-JW<br><br>STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM APRIL 21, 2008 TO APRIL 29, 2008 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

On April 21, 2008, the parties are scheduled to appear for a hearing before this Court. The government and all defendants request a short continuance of that hearing to allow defense counsels an opportunity to meet with their respective clients, review a proposed disposition, and properly advise their clients. The parties also request an exclusion of time under the Speedy Trial Act based upon the defense counsel's need to effectively prepare by reviewing materials submitted by the government and properly advise their clients. The parties request that the Court set the matter for a hearing on April 29, 2008 at 3:00 P.M.

1

1  The parties stipulate that the time between April 21, 2008 and April 29, 2008 is excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Finally, the parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.  18 U.S.C. §3161(h)(8)(A).

DATED: April 18, 2008                    JOSEPH P. RUSSONIELLO
                                         United States Attorney

                                         ___/s/_____
                                         JEFFREY B. SCHENK
                                         Assistant United States Attorney


                                         ___/s/_____
                                         PETER LEEMING
                                         Attorney for Mr. Behar



                                         ___/s/_____
                                         GEOFFREY BRAUN
                                         Attorney for Ms. Hogue



                                         ___/s/_____
                                         MANUEL ARAUJO
                                         Attorney for Ms. Bergstrand



                                         ___/s/_____
                                         JERRY FONG
                                         Attorney for Mr. Lagace

**1**    **<u>ORDER</u>**

**2**    Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY
**3**    ORDERS that the hearing currently scheduled for April 21, 2008 should be continued until April
**4**    29, 2008 at 3:00 P.M.  Furthermore, the Court HEREBY ORDERS that the time between April
**5**    21, 2008 and April 29, 2008 is excluded under the Speedy Trial Act, 18 U.S.C. §3161.  The court
**6**    finds that the failure to grant the requested continuance would unreasonably deny defense
**7**    counsel reasonable time necessary for effective preparation, taking into account the exercise of
**8**    due diligence.  Furthermore, the Court finds that the ends of justice served by granting the
**9**    requested continuance outweigh the best interest of the public and the defendant in a speedy trial
**10**   and in the prompt disposition of criminal cases.  The court therefore concludes that this
**11**   exclusion of time should be made under 18 U.S.C. §3161(h)(8)(A).

**13**   IT IS SO ORDERED.
**14**   DATED:                                              _____
                                                              JAMES WARE
**15**                                                         UNITED STATES DISTRICT JUDGE

3