1  BARRY J. PORTMAN
   Federal Public Defender
2  MANUEL U. ARAUJO
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant BERGSTRAND

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                              SAN JOSE DIVISION
11

12  UNITED STATES OF AMERICA,            )   No. CR 08-00088 JW
                                         )
13              Plaintiff,               )   STIPULATION TO PERMIT TARA
    v.                                   )   BERGSTRAND TO TRAVEL WITHIN
                                         )   THE UNITED STATES
14  TARA BERGSTRAND, et al.,             )
                                         )   **Hon. Patricia V. Trumbull**
15              Defendants.              )
    _____)
16

17
                              **STIPULATION**
18
        Defendant and the government, through their respective counsel, hereby stipulate that,
19
    subject to the Court's approval, the Order Setting the Conditions of Release issued by the Court
20
    be modified to permit Defendant Tara Bergstrand to travel from Idaho to Illinois on Saturday,
21
    August 23, 2008 until Sunday, August 31, 2008, to visit her 91 year-old grandmother.
22
        It is further Stipulated that on the first business day following her return to Idaho that Ms.
23
    Bergstrand shall contact United States Pretrial Services.
24
    //
25
    //
26
    STIPULATION TO PERMIT TARA
    BERGSTRAND TO TRAVEL WITHIN THE
    UNITED STATES
    No. CR 08-00088 JW                          1

1    Defense counsel on August 20, 2008 and August 21, 2008, contacted United States

2 Pretrial Services Officer, Jaime Carranza. Mr. Carranza has left messages for the Pretrial

3 Services Officer in Idaho and has not received a response.

4

5 Dated: August 21, 2008

_____/s/_____
6                                      MANUEL U. ARAUJO
                                       Assistant Federal Public Defender
7

8 Dated: August 21, 2008

_____/s/_____
9                                      JEFFREY SCHENK
                                       Assistant United States Attorney
10

STIPULATION TO PERMIT TARA
BERGSTRAND TO TRAVEL WITHIN THE
UNITED STATES
No. CR 08-00088 JW                              2