1

2

3

4

5

6

7

8                                IN THE UNITED STATES DISTRICT COURT

9                              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                        SAN JOSE DIVISION

11   UNITED STATES OF AMERICA,              )      No. CR 08-00088 JW
                                            )
12                                          )      [PROPOSED] ORDER TO MODIFY
                          Plaintiff,        )      CONDITIONS OF RELEASE AND
13   v.                                     )      PERMIT TRAVEL
                                            )
14   TARA BERGSTRAND, et al.,               )
                                            )      **Hon. Patricia V. Trumbull**
15                        Defendants.       )
     _____)

16

17                                             **ORDER**

18        Good cause appearing, and by stipulation of the parties, it is hereby ordered that the Order

19   Setting the Conditions of Release issued by the Court be modified to allow Tara Bergstrand to

20   travel from Idaho to Illinois from Saturday, August 23, 2008 until Sunday, August 31, 2008 to

21   visit her grandmother.

22        Ms. Bergstrand shall contact Pretrial Services on the first business day following her

23   return to Idaho.

24   //

25   //

26
     PROPOSED ORDER TO MODIFY
     CONDITIONS OF RELEASE AND PERMIT
     TRAVEL
     No. CR 08-00088 JW                         1

1        All other conditions of release previously ordered remain in full force and effect.

2    IT IS SO ORDERED.

3    Dated:_____

4                                                    _____
                                                     PATRICIA V. TRUMBULL
                                                     United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26