1   BARRY J. PORTMAN
    Federal Public Defender
2   MANUEL U. ARAUJO
    Assistant Federal Public Defender
3   160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
4   Telephone: (408) 291-7753

5   Counsel for Defendant BERGSTRAND

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                            SAN JOSE DIVISION
11
    UNITED STATES OF AMERICA,        )    No. CR 08-00088 JW
12                                    )
                        Plaintiff,    )    STIPULATION TO PERMIT TARA
13  v.                                )    BERGSTRAND TO TRAVEL WITHIN
                                      )    THE UNITED STATES
14  TARA BERGSTRAND, et al.,          )
                                      )    **Hon. Patricia V. Trumbull**
15                      Defendants.   )
    ─────────────────────────────────)
16

17
                                **STIPULATION**
18
         Defendant and the government, through their respective counsel, hereby stipulate that,
19
    subject to the Court's approval, the Order Setting the Conditions of Release issued by the Court
20
    be modified to permit Defendant Tara Bergstrand to travel from Idaho to Illinois on Saturday,
21
    August 23, 2008 until Sunday, August 31, 2008, to visit her 91 year-old grandmother.
22
         It is further Stipulated that on the first business day following her return to Idaho that Ms.
23
    Bergstrand shall contact United States Pretrial Services.
24
    //
25
    //
26
    STIPULATION TO PERMIT TARA
    BERGSTRAND TO TRAVEL WITHIN THE
    UNITED STATES
    No. CR 08-00088 JW                          1

1    Defense counsel on August 21, 2008, contacted United States Pretrial Services Officer,

2  Jaime Carranza.  Officer Carranza contacted the Idaho Pretrial Services Officer that is

3  supervising Ms. Bergstrand and he has no objection.

4

5  Dated:  August 21, 2008

6                                              _____/s/_____
                                               MANUEL U. ARAUJO
                                               Assistant Federal Public Defender
7

8  Dated:  August 21, 2008

9                                              _____/s/_____
                                               JEFFREY SCHENK
                                               Assistant United States Attorney
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26