IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>TARA BERGSTRAND, et al.,<br><br>　　　　　　　　Defendants. | No. CR 08-00088 JW<br><br>[XXXXXXXXXX] ORDER TO MODIFY CONDITIONS OF RELEASE AND PERMIT TRAVEL<br><br>**Hon. Patricia V. Trumbull** |

### ORDER

Good cause appearing, and by stipulation of the parties, it is hereby ordered that the Order Setting the Conditions of Release issued by the Court be modified to allow Tara Bergstrand to travel from Idaho to Illinois from Saturday, August 23, 2008 until Sunday, August 31, 2008 to visit her grandmother.

Ms. Bergstrand shall contact Pretrial Services on the first business day following her return to Idaho.

//

//

PROPOSED ORDER TO MODIFY
CONDITIONS OF RELEASE AND PERMIT
TRAVEL
No. CR 08-00088 JW                    1

1  All other conditions of release previously ordered remain in full force and effect.

2  IT IS SO ORDERED.

3  Dated: August 21, 2008

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge