BARRY J. PORTMAN
Federal Public Defender
MANUEL U. ARAUJO
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant BERGSTRAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,               )<br>                                                              )<br>                    Plaintiff,             )<br>                                                              )<br>v.                                                          )<br>                                                              )<br>TARA BERGSTRAND, et al.,             )<br>                                                              )<br>                    Defendants.         )<br>                                                              )<br>                                                              )<br>_____) | No. CR 08-00088-JW<br><br>**STIPULATION TO MODIFY THE AUGUST 21, 2008 ORDER PERMITTING HER TO TRAVEL WITHIN THE UNITED STATES**<br><br>Hon. Patricia V. Trumbull |

### **STIPULATION**

Defendants and the government, through their respective counsel, hereby agree and stipulate that subject to the Court's approval, the Order to Modify the Conditions of Release issue by the Court on August 21, 2008, should be amended to permit the defendant Tara Bergstrand to travel on Saturday, August 23, 2008 from Idaho to Illinois to visit her 91 year old grandmother. The parties further agree and stipulate that from Illinois, Ms. Bergstrand may travel to Madison, Wisconsin to visit her uncle. The parties stipulate that she is to return to Idaho on Sunday, August 31, 2008.

It is further stipulated that on the first business day following her return to Idaho, Ms.

Stipulation to Modify the August 21,
2008 Order Permitting Her to Travel
Within the United States
No. CR 08-00088-JW (PVT)                                      1

1  Bergstrand shall contact United States Pretrial Services.

2      On August 25, 2008, undersigned counsel for the defense spoke with Pretrial Services

3  Officer Jaime Carranza who stated that he had no objection to the modification.

4  So Stipulated:

5

6  Dated: August 25, 2008                                  _____/s/_____
                                                            MANUEL U. ARAUJO
7                                                          Assistant Federal Public Defender
                                                            Attorney for Tara Bergstrand
8

9

10 Dated:  August 25, 2008                                 _____/s/_____
                                                            JEFFREY SCHENK
11                                                         Assistant United States Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26
Stipulation to Modify the August 21,
2008 Order Permitting Her to Travel
Within the United States
No. CR 08-00088-JW (PVT)                2