BARRY J. PORTMAN
Federal Public Defender
MANUEL U. ARAUJO
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant BERGSTRAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 08-00088-JW |
|---|---|
| Plaintiff, | ) [PROPOSED] ORDER MODIFYING |
| v. | ) AUGUST 21, 2008 ORDER PERMITTING TRAVEL WITHIN THE UNITED STATES |
| TARA BERGSTRAND, et al., | ) Hon. Patricia V. Trumbull |
| Defendants. | ) |

## ORDER

Good cause appearing, and by stipulation of the parties, it is hereby ordered that the Order Modifying the Conditions of Release issued by the Court on August 21, 2008, should be amended to permit the defendant Tara Bergstrand to travel on Saturday, August 23, 2008 from Idaho to Illinois to visit her 91-year-old grandmother. The Court further orders that from Illinois, Ms. Bergstrand may travel to Madison, Wisconsin to visit her uncle. She is ordered to return to Idaho no later than Sunday, August 31, 2008.

It is further ordered that on the first business day following her return to Idaho, Ms. Bergstrand shall contact United States Pretrial Services.

[Proposed] Order Modifying August 21,
2008 Order Permitting Travel Within the
United States
No. CR 08-00088-JW (PVT)                     1

1        All other conditions of her release previously ordered to remain in full force and effect.

2  IT IS SO ORDERED:

4  Dated: August 26, 2008.

PATRICIA V. TRUMBULL,
United States Magistrate Judge

[Proposed] Order Modifying August 21,
2008 Order Permitting Travel Within the
United States
No. CR 08-00088-JW (PVT)       2